No. 36.  LEWIS *v.* UNITED STATES, 385 U. S. 206;

No. 53.  NATIONAL LABOR RELATIONS BOARD *v.* C & C PLYWOOD CORP., 385 U. S. 421;

No. 758.  NEHRING *v.* CITY OF DEKALB ET AL., 385 U. S. 453;

No. 761.  LITTELL *v.* UDALL, SECRETARY OF THE INTERIOR, 385 U. S. 1007;

No. 803.  BAFICO *v.* SOUTHERN PACIFIC CO., 385 U. S. 1025;

No. 830.  GRACE LINE, INC., ET AL. *v.* KANTON, 385 U. S. 1007;

No. 841.  COUNTRY MUTUAL INSURANCE CO. *v.* ANDEEN, ADMINISTRATOR, ET AL., 385 U. S. 1036;

No. 645, Misc.  DODGE *v.* UTAH, 385 U. S. 1013;

No. 705, Misc.  ELBEL *v.* UNITED STATES, 385 U. S. 1014;

No. 767, Misc.  BOGART *v.* TRAYNOR, CHIEF JUSTICE OF CALIFORNIA, ET AL., 385 U. S. 451; and

No. 982, Misc.  GREAR *v.* OHIO, 385 U. S. 1031. Petitions for rehearing denied.

FEBRUARY 27, 1967.

No. 31.  UNITED STATES *v.* NATIONAL STEEL CORP. ET AL.  Appeal from D. C. S. D. Tex.  (Probable jurisdiction noted, 383 U. S. 905.)  Joint motion to refer this case to the United States District Court for the Southern District of Texas granted and case referred to that court for consideration of the settlement agreement. *Solicitor General Marshall* for the United States, and *Denman Moody* and *C. Brien Dillon* for National Steel Corp. et al., and *B. J. Bradshaw* for Brown et al., on the motion.

No. 1208, Misc.  HOUSE *v.* CIRCUIT COURT OF HOWARD COUNTY ET AL.  Ct. App. Md.  Motion for leave to file petition for writ of certiorari denied.